UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH ANTONELLI,
Individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

Case No.: 5:17-cv-156-Oc-30PRL

CITRUS PUBLISHING, LLC,
a/k/a LANDMARK MEDIA
ENTERPRISES, LLC

    Defendant.

## NOTICE OF REMOVAL OF DEFENDANT CITRUS PUBLISHING, LLC

Pursuant to 28 U.S.C. §§ 1331, 1441, 1446, and 1447, Defendant Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC ("Defendant"), hereby gives notice of removal of the case styled *Elizabeth Antonelli v. Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC*, Case No. 2017-CA-000234-A, currently pending in the Circuit Court for the Fifth Judicial Circuit, in and for Citrus County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division. As grounds, Defendant states:

1. Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC, is the only defendant named in the civil action brought against it in the Circuit Court for the Fifth Judicial Circuit, in and for Citrus County, Florida, entitled *Elizabeth Antonelli v. Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC*, Case No. 2017-CA-000234-A. A copy of Plaintiff's Summons, Civil Cover Sheet, Complaint, and all other state court pleadings, which were served upon Defendant less than thirty (30) days ago and constitute all processes, pleadings, and orders served in that case, is attached hereto as Exhibit "A." A copy of the Notice being

contemporaneously filed in the Fifth Judicial Circuit, in and for Citrus County, Florida, is attached hereto as Exhibit "B."

2. Plaintiff's three-count Complaint seeks damages under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* ("FLSA.") Accordingly, this Court has original federal question jurisdiction over the asserted claims pursuant to 28 U.S.C. § 1331, and removal of this action is authorized by 28 U.S.C. § 1441.

3. The other claim asserted in Plaintiff's Complaint arise out of the same case or controversy and therefore fall within the Court's supplemental jurisdiction, and removal of the entire case is proper. See 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related ... that they form part of the same case or controversy under Article III of the United States Constitution."); see also 28 U.S.C. § 1441(c) (providing for removal of entire case).

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) and the Local Rules of the United States District Court for the Middle District of Florida.

5. This Notice is being filed within thirty (30) days after of receipt of the Complaint by Defendant and is timely filed under 28 U.S.C. § 1446(b).

WHEREFORE, Defendant Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC, gives notice that the above action now pending against it in the Circuit Court for the Fifth Judicial Circuit, in and for Citrus County, Florida, is removed therefrom to this Court.

**[SIGNATURE LINES ON FOLLOWING PAGE]**

Respectfully submitted,

/s/ Caren S. Marlowe
Caren Skversky Marlowe
Florida Bar Number 514586
Edmund J. McKenna
Florida Bar Number 845922
Vanessa A. Patel
Florida Bar Number 103928
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
E-mail: edmund.mckenna@ogletree.com
E-mail: caren.marlowe@ogletree.com
E-mail: vanessa.patel@ogletree.com
*Attorneys for Defendant Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via overnight delivery to the Court for filing, and a copy was served via e-mail to the following:

Wolfgang M. Florin
Christopher D. Gray
Lindsey C. Kofoed
**FLORIN ROEBIG, P.A.**
777 Alderman Road
Palm Harbor, FL 34683
WMF@florinroebig.com
CDG@florinroebig.com
LCK@florinroebig.com
LABOR_efiling@florinroebig.com
glw@florinroebig.com
*Counsel for Plaintiff*

on this 11th day of April, 2017.

/s/ Caren S. Marlowe
Caren S. Marlowe

29330173.1