EXHIBIT
A

# Secured Courts Online Record Search System

Welcome Guest

Login to search with subscriber access or register for a new account.

Case Search Help Login

New Search Refine Search

This case is labeled as a **Circuit Civil** case type from the AOSC Matrix
You are viewing this case with the AOSC16-14 role of: **Public Internet (Anonymous)** - What does this mean?

## Case Information

| | | | |
|---|---|---|---|
| **Case Number** | **2017 CA 000234 A** | **File Date** | 03/17/2017 |
| **Case Type** | CIRCUIT CIVIL | **Case Status** | OPEN |
| **Case Action** | 1/10 OTHER CIRCUIT CIVIL | **Judge** | THOMAS, PATRICIA V |

## Party Information

| | Party Type | Party Name | Gender | Race | DOB |
|---|---|---|---|---|---|
| 1 | **Plaintiff** | ANTONELLI, ELIZABETH<br>**Mailing Address:** PALM HARBOR FL 34683<br>**Phone Number:**<br>**Attorney:** FLORIN, WOLFGANG M ESQ | | | |
| 2 | **Defendant** | CITRUS PUBLISHING, LLC<br>**Mailing Address:** PLANTATION FL 33324<br>**Phone Number:** | | | |

## Dockets

**/ View Image** **Viewable On Request** **VOR Requested** **RED - Document in Redaction** **Confidential**

| DIN | Date | Description | View Image | Pages |
|---|---|---|---|---|
| 1 | 03/17/2017 | CASE FILED 03/17/2017 CASE NUMBER 2017 CA 000234 A | | |
| 6 | 03/17/2017 | COMPLAINT | | 5 |
| 4 | 03/17/2017 | COVER SHEET | | 2 |
| 5 | 03/17/2017 | SUMMONS ISSUED - CIVIL | | 2 |
| 2 | 03/20/2017 | JUDGE THOMAS, PATRICIA V: ASSIGNED | | |
| 3 | 03/20/2017 | PLAINTIFF'S ATTORNEY: FLORIN, WOLFGANG M ESQ ASSIGNED | | |
| 7 | 03/20/2017 | PAYMENT $410.00 RECEIPT #2017009317 | | 1 |

## Financial Information

### Disclaimer

Monetary amounts indicated as "dismissed" reflect not only fines, costs and fees that may have been dismissed, but may also include amounts that have been modified due to legislative changes, fees that cannot be accepted prior to a court hearing, and other reasons. The dismissal of amounts due on a case do not reflect the disposition of the case. Contact the Clerk's office for specific information regarding dismissed amounts.

The fees listed below may not include all fees currently due on this case, please contact our office to confirm payoff amount.

| | Fee Description | Amount Owed | Amount Paid | Amount Waived | Amount Due |
|---|---|---|---|---|---|
| 1 | Circuit Civil Filing Fee | $400.00 | $400.00 | $0.00 | $0.00 |
| 2 | ISSUE SUMMONS CA DR | $10.00 | $10.00 | $0.00 | $0.00 |
| | Total | **$410.00** | **$410.00** | **$0.00** | **$0.00** |

## Receipts

| | Receipt Date | Receipt # | Received From | Payment Amount |
|---|---|---|---|---|
| 1 | 03/20/2017 | 2017009317 | FLORIN ROEBIG P.A. | $410.00 |

Citrus County Clerk of Court and Comptroller
Secured Courts Online Records Search System

Filing # 53892453 E-Filed 03/17/2017 03:19:33 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR CITRUS COUNTY, FLORIDA

Case No.: 2017 CA 000234 A
Judge: ________________

Elizabeth Antonelli
Plaintiff
vs.
Citrus Publishing, LLC
Defendant

---

**II. TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**III. REMEDIES SOUGHT** (check all that apply):

- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION: (  )**
(Specify)

3

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**

- ☐ Yes
- ☒ No

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature s/ Wolfgang M Florin FL Bar No.: 907804
Attorney or party (Bar number, if attorney)

Wolfgang M Florin 03/17/2017
(Type or print name) Date

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA
CIVIL DIVISION

ELIZABETH ANTONELLI,
Individually and on behalf of
all others similarly situated,

Plaintiff,

vs. Case No.: 2017 CA 000234 A

CITRUS PUBLISHING, LLC,
a/k/a LANDMARK MEDIA
ENTERPRISES LLC,

Defendant.

_______________________________________/

# SUMMONS

THE STATE OF FLORIDA:

TO ALL AND SINGULAR SHERIFFS OF SAID STATE: You are hereby commanded to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

CITRUS PUBLISHING, LLC, a/k/a LANDMARK MEDIA ENTERPRISES LLC
c/o CT Corporate System, Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

The Defendant is hereby required to serve written defenses to said complaint on Plaintiff's attorneys, whose names and address are:

Wolfgang M. Florin, Esquire
Christopher D. Gray, Esquire
Lindsey C. Kofoed, Esquire
Robin M. Orosz, Esquire
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, Florida 34683

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

Witness my hand and the seal of said Court on 3/20/2017

Clerk of the Circuit Court

Cheryl A. Bailey
Deputy Clerk

Clerk of the Circuit Court and Comptroller, Citrus County, Florida — In God We Trust

(SEAL)

***In accordance with the Americans with Disabilities Act, persons with disabilities needing special accommodation to participate in this proceeding should contact the individual or agency sending the notice not later than seven (7) days prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V), 1-800-9558770, via Florida Relay Service.**

**Administrative Order No: C-2010-06-A**
**Order Regarding Americans with Disabilities Act of 1990**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Citrus County Courthouse, 110 North Apopka Avenue, Inverness, Florida 34450, Telephone (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

CT Corporation

**Service of Process Transmittal**
03/23/2017
CT Log Number 530917471

**TO:** Susan Goetz
Landmark Media Enterprises, LLC
150 Granby Street, 19th Floor
Norfolk, VA 23510

**RE:** **Process Served in Florida**

**FOR:** Citrus Publishing, LLC (Domestic State: VA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ELIZABETH ANTONELLI, Individually and on behalf of all others similarly situated, Pltf. vs. CITRUS PUBLISHING, LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Citrus County Circuit Court, FL<br>Case # 2017CA000234A |
| **NATURE OF ACTION:** | Employee Litigation - Failure to pay wages |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/23/2017 at 10:00 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Wolfgang M. Florin<br>FLOREN ROEBIIG, P.A.<br>777 Alderman Road<br>Palm Harbor, FL 34683<br>(727) 786-5000 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1Z0399EX0129051099<br>Image SOP<br>Email Notification, Susan Goetz SGOETZ@LCIMEDIA.COM |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Filing # 53892453 E-Filed 03/17/2017 03:19:33 PM

#1349
03/23/17
10:00A

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA
CIVIL DIVISION

ELIZABETH ANTONELLI,
Individually and on behalf of
all others similarly situated,

Plaintiff,

vs.

Case No.: 2017 CA 000234 A

CITRUS PUBLISHING, LLC,
a/k/a LANDMARK MEDIA
ENTERPRISES LLC,

Defendant.

## SUMMONS

THE STATE OF FLORIDA:

TO ALL AND SINGULAR SHERIFFS OF SAID STATE: You are hereby commanded to serve this Summons and a copy of the Complaint in ~~the above styled cause~~ upon the Defendant:

CITRUS PUBLISHING, LLC a/k/a LANDMARK MEDIA ENTERPRISES LLC
c/o CT Corporate System, Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

The Defendant is hereby required to serve written defenses to said complaint on Plaintiff's attorneys, whose names and address are:

Wolfgang M. Florin, Esquire
Christopher D. Gray, Esquire
Lindsey C. Kofoed, Esquire
Robin M. Orosz, Esquire
FLORIN ROEBIG, P.A.
777 Alderman Road
Palm Harbor, Florida 34683

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

Witness my hand and the seal of said Court on 3/20/2017

Clerk of the Circuit Court

Cheryl A. Bailey
Deputy Clerk

(SEAL)

Clerk of the Circuit Court and Comptroller
Citrus County, Florida

*In accordance with the Americans with Disabilities Act, persons with disabilities needing special accommodation to participate in this proceeding should contact the individual or agency sending the notice not later than seven (7) days prior to the proceedings. If hearing impaired, (TDD) 1-800-955-8771, or Voice (V), 1-800-9558770, via Florida Relay Service.

**Administrative Order No: C-2010-06-A**
**Order Regarding Americans with Disabilities Act of 1990**

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at the Office of the Trial Court Administrator, Citrus County Courthouse, 110 North Apopka Avenue, Inverness, Florida 34450, Telephone (352) 341-6700, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

EXHIBIT
B

IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR CITRUS COUNTY, FLORIDA

ELIZABETH ANTONELLI,
Individually and on behalf of
all others similarly situated,

Plaintiff,

v.

CITRUS PUBLISHING, LLC,
a/k/a LANDMARK MEDIA
ENTERPRISES, LLC

Defendant.

Case No.: 2017-CA-000234-A

**NOTICE OF DEFENDANT CITRUS PUBLISHING, LLC
OF FILING NOTICE OF REMOVAL**

TO: Wolfgang M. Florin
Christopher D. Gray
Lindsey C. Kofoed
**FLORIN ROEBIG, P.A.**
777 Alderman Road
Palm Harbor, FL 34683

PLEASE TAKE NOTICE that Defendant, Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC is filing in the office of the Clerk of the United States District Court for the Middle District of Florida, Ocala Division, a Notice of Removal, copies of which are furnished herewith to the above-named attorneys for Plaintiff and to the Circuit Court of the Fifth Judicial Circuit, in and for Citrus County, Florida.

Respectfully submitted,

*/s/ Edmund J. McKenna*
Edmund J. McKenna
Florida Bar Number 845922
Caren Skversky Marlowe
Florida Bar Number 514586
Vanessa A. Patel
Florida Bar Number 103928
**OGLETREE, DEAKINS, NASH, SMOAK**

**& STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
E-mail: edmund.mckenna@ogletree.com
E-mail: caren.marlowe@ogletree.com
E-mail: vanessa.patel@ogletree.com
*Attorneys for Defendant Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing with the Court using the Florida Courts E-Filing Portal, and that a true and correct copy of the foregoing was served via e-mail to the following:

Wolfgang M. Florin
Christopher D. Gray
Lindsey C. Kofoed
**FLORIN ROEBIG, P.A.**
777 Alderman Road
Palm Harbor, FL 34683
WMF@florinroebig.com
CDG@florinroebig.com
LCK@florinroebig.com
LABOR_efiling@florinroebig.com
glw@florinroebig.com
*Counsel for Plaintiff*

on this 11th day of April, 2017.

*/s/ Edmund J. McKenna*
Edmund J. McKenna