JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Elizabeth Antonelli ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Citrus County

**Plaintiff's Attorney(s):**
Wolfgang M. Florin (Elizabeth Antonelli)
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
**Phone:** 7277865000
**Fax:** 7277729833
**Email:** WMF@florinroebig.com

Christopher D. Gray
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
**Phone:** 7277865000
**Fax:** 7277729833
**Email:** CDG@florinroebig.com

Lindsey C. Kofoed
Florin Roebig, P.A.
777 Alderman Road
Palm Harbor, Florida 34683
**Phone:** 7277865000
**Fax:** 7277729833
**Email:** LCK@florinroebig.com

**Defendant's Attorney(s):**
Caren S. Marlowe ( Citrus Publishing, LLC, a/k/a Landmark Media Enterprises, LLC)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Ste. 3600
Tampa, Florida 33602
**Phone:** 813-289-1247
**Fax:** 813-289-6530
**Email:** caren.marlowe@ogletree.com

Vanessa A. Patel
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Ste. 3600
Tampa, Florida 33602
**Phone:** 813-289-1247
**Fax:** 813-289-6530
**Email:** vanessa.patel@ogletree.com

Edmund J McKenna
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
100 North Tampa Street, Ste. 3600
Tampa, Florida 33602
**Phone:** 813-289-1247
**Fax:** 813-289-6530
**Email:** edmund.mckenna@ogletree.com

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
**Plaintiff:** N/A


OCA-8036  $400.00

http://www.flmd.uscourts.gov/JS-44/cvcover.html

4/11/2017

**Defendant:** N/A

**Origin:** 2. Removed From State Court
    **State Removal County:** Citrus County
    **State Removal Case Number:** 2017-CA-000234-A

**Nature of Suit:** 710 Fair Labor Standards Act

**Cause of Action:** Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq.

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):**
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/Caren S. Marlowe

**Date:** 04/11/2017

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.