UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH ANTONELLI,

    Plaintiff,

v.                                      Case No: 5:17-cv-156-Oc-30PRL

CITRUS PUBLISHING, LLC,

    Defendant.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve Settlement (Doc. 15). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement (Doc. 15) is GRANTED.
2. The settlement is approved.
3. This action is DISMISSED WITH PREJUDICE.
4. All pending motions are denied as moot.
5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of November, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record